1  ALEXANDER B. CVITAN (CSB 81746)
   alc@rac-law.com
2  MARSHA M. HAMASAKI (CSB 102720)
   marshah@rac-law.com
3  PETER A. HUTCHINSON (CSB 225399)
   peterh@rac-law.com
4  Members of REICH, ADELL & CVITAN
   A Professional Law Corporation
5  3550 Wilshire Blvd., Suite 2000
   Los Angeles, California 90010-2421
6  Telephone: (213) 386-3860
   Facsimile: (213) 386-5583
7  Attorneys for Plaintiff

JS - 6

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  CONSTRUCTION LABORERS TRUST          CASE NO. CV 11-07211 RSWL
    FUNDS FOR SOUTHERN                    (JCGx)
12  CALIFORNIA ADMINISTRATIVE
    COMPANY, a Delaware limited liability **ORDER DISMISSING ACTION**
13  company,                              [31]

14

15                    Plaintiff,

16

17           v.

18

19  Y & M CONSTRUCTION, INC., a
    California corporation,
20

21

22                    Defendant.

23  _____

24

25      In accordance with the "*Stipulation for Dismissal of Action*" filed by the

26  parties, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT**

27  this action is dismissed in accordance with the terms of settlement between the

28  ///

parties.  As agreed by the parties, this dismissal shall not, and does not, have *res judicata* effect, operate as a bar, or effect any other limitation of any right of the plaintiff (or the trusts funds on whose behalf it brought this action) to determine and collect any additional amounts due by the defendant for any month after September 2011.  Except to any extent agreed to by the parties in their settlement, the parties will bear their own attorneys fees and costs related to this action.


DATED:      10/9/12                    RONALD S.W. LEW
                                       _____
                                       HON. RONALD S.W. LEW
                                       Senior, U. S. District Court Judge