1  ALEXANDER B. CVITAN (CSB 81746)
   alc@rac-law.com
2  MARSHA M. HAMASAKI (CSB 102720)
   marshah@rac-law.com
3  PETER A. HUTCHINSON (CSB 225399)
   peterh@rac-law.com
4  Members of REICH, ADELL & CVITAN
   A Professional Law Corporation
5  3550 Wilshire Blvd., Suite 2000
   Los Angeles, California 90010-2421
6  Telephone: (213) 386-3860
   Facsimile: (213) 386-5583
7  Attorneys for Plaintiff

JS - 6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

11 CONSTRUCTION LABORERS TRUST      CASE NO. CV 11-07211 RSWL
   FUNDS FOR SOUTHERN               (JCGx)
12 CALIFORNIA ADMINISTRATIVE
   COMPANY, a Delaware limited liability   **ORDER DISMISSING ACTION**
13 company,                         [31]

15              Plaintiff,

17              v.

19 Y & M CONSTRUCTION, INC., a
   California corporation,

22              Defendant.

23 _____

25       In accordance with the "*Stipulation for Dismissal of Action*" filed by the

26 parties, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT**

27 this action is dismissed in accordance with the terms of settlement between the

28 ///

1 | parties. As agreed by the parties, this dismissal shall not, and does not, have *res*
2 | *judicata* effect, operate as a bar, or effect any other limitation of any right of the
3 | plaintiff (or the trusts funds on whose behalf it brought this action) to determine and
4 | collect any additional amounts due by the defendant for any month after September
5 | 2011. Except to any extent agreed to by the parties in their settlement, the parties
6 | will bear their own attorneys fees and costs related to this action.

DATED: 10/9/12

RONALD S.W. LEW
———————————————
HON. RONALD S.W. LEW
Senior, U. S. District Court Judge